

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Claudia Arellano v. Isaac Menendez

Appellate case number:   01-22-00409-CV

Trial court case number: 2015-52596

Trial court:             246th District Court of Harris County

      Appellant Claudia Arellano filed a Motion for Substitution of Counsel on December 21, 2022. The motion does not comply with Texas Rule of Appellate Procedure 6.5(b). That is, the motion does not state it was "delivered to the party in person or mailed–both by certified and by first-class mail–to the party at the party's last known address." In addition, the motion does not contain the certificate of conference required by Texas Rule of Appellate Procedure 10.1(a)(5). Accordingly, the motion is **denied** without prejudice to refiling. *See* TEX. R. APP. P. 6.5(b), 10.1(a)(5).

      It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
              Acting individually


Date: January 5, 2023